JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JING ZHANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>USCIS Los Angeles Asylum Office,<br><br>　　　　Defendant. | No. 2:23-cv-06492-MWF(PVCx)<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION** |

　　Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefore, IT IS HEREBY ORDERED that the instant action shall be stayed until December 27, 2024.  The Clerk of Court shall administratively close this action.

Dated: September 20, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge